UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11229
  YVONNE FRANKLIN

                                     CHAPTER 13

                                     JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-6953

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/22/2007 and was not confirmed.

    The case was dismissed without confirmation 09/24/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMMONWEALTH EDISON | UNSECURED | 135.45 | .00 | .00 |
| CHECK & GO | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS LENDING GROUP | UNSECURED | 893.31 | .00 | .00 |
| HSBC MASTERCARD | UNSECURED | 593.71 | .00 | .00 |
| DANVILLE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT LIQUIDATION SERV | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT INTERNATIONAL C | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| ACS | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| WOW INTERNET CABLE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 925.38 | .00 | .00 |
| MERRICK BANK | UNSECURED | 794.97 | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 393.41 | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 392.94 | .00 | .00 |
| FIRST CHOICE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| PAY DAY LOANS | UNSECURED | 634.70 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN | UNSECURED | NOT FILED | .00 | .00 |
| UNION AUTO SALES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 455.46 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1250.83 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 428.68 | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 470.88 | .00 | .00 |
| UNION AUTO SALES | SECURED VEHIC | 302.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| DANVILLE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT INTERNATIONAL C | UNSECURED | NOT FILED | .00 | .00 |

```
PRO SE DEBTOR              DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00
```

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------      ---------------
TOTALS                          .00                 .00


     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/27/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE